UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BRIETZKE,<br><br>Plaintiff,<br><br>v.<br><br>CROSS COUNTRY MORTGAGE, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 26-13592-WGY |

**ORDER**

**September 10, 2026**

YOUNG, D.J.

Pro se plaintiff Sandra Brietzke initiated this action on August 5, 2026, by filing a complaint (ECF No. 1) accompanied by motions for temporary restraining order (ECF No. 2) and for leave to proceed in forma pauperis (ECF No. 3).

On August 11, 2026, Brietzke's motions were denied and she was informed that to proceed with this action, she must either pay the $405.00 fee or move for leave to proceed without prepayment of the filing fee. (ECF No. 5). The order stated, among other things, that "[a]ny plaintiff moving to proceed without prepayment of the filing fee must submit an affidavit that 'includes a statement of all asserts such [person] possesses [showing] that the person is unable to pay such fees or give security therefor." Id. at 1. In addition, the Order

stated that failure to comply within 21 days will result in the dismissal of this action. Id. at 2.

In response, Brietzke filed motions for leave to file affidavit (ECF No. 6), for recusal (ECF No. 7) and "to Judges Acknowledge Supreme Court Case Law: Natural, Living, Breathing, Flesh-An[d]-Blood Beings of God." (ECF No. 8).

As an initial matter, Brietzke's motion for recusal specifically seeks recusal of Judge Burroughs. (ECF No. 7) Judge Burroughs was the judge who, in my absence, issued the August 11, 2026, and she is not the assigned judge for this action. Thus, the motion is denied as moot.

As to the filing fee for this action, Brietzke explains that when filing, she had provided "all pertinent information needed to understand the court fees." ECF No. 8 at 1. She further states that she is a "natural living, breathing flesh-and-blood beings of God. . . [and that the] UCC codes etc. are for the judicial proceedings and not for [Brietzke]." Id. Brietzke also submitted an affidavit (ECF No. 6), to which she attaches several exhibits including Brietzke's 35-page "AFFIDAVIT OF TRUTH AND FACT ADDENDUM NO. 2." (ECF No. 6-1) (emphasis in original).

Although Brietzke filed timely responses, she failed to pay the filing fee or file a new motion for leave to proceed in forma pauperis.

Brietzke's responses, ECF Nos. 6, 8, do not satisfy the requirements of 28 U.S.C. § 1915(a)(1) which requires "an affidavit that includes a statement of all assets ... that the person is unable to pay such fees or give security therefor." Id.; see Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 205 (1993) (noting purposes of § 1915(a) affidavit requirement). Brietzke's motions do not address her assets or the deficiencies in her initial application to proceed in forma pauperis.

While the Court must construe a pro se litigant's pleading liberally, pro se litigants are not excused from complying with the Federal Rules of Civil Procedure or the Local Rules of this district. F.D.I.C. v. Anchor Props., 13 F.3d 27, 31 (1st Cir. 1994); see Boivin v. Black, 225 F.3d 36, 43 (1st Cir. 2000) (noting that pro se litigants are not exempt from procedural rules).

Dismissal of this action is appropriate in light of Brietzke's failure to submit a compliant motion for leave to proceed in forma pauperis. Brietzke's pleadings do not provide sufficient information about her financial circumstances and no

further opportunity to do so will be provided given her position that she is not required to pay a filing fee.

Upon review, the Court hereby orders:

1. The motion for leave to file affidavit (ECF No. 6) is denied.

2. The motion for recusal (ECF No. 7) is denied as moot.

3. The "Motion to Judges Acknowledge Supreme Court Case Law: Natural, Living, Breathing, Flesh-An[d]-Blood Beings of God" (ECF No. 8) is denied.

4. This action is dismissed without prejudice. The clerk shall enter a separate order of dismissal.

SO ORDERED.

William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE